**Ned L. PARKER, Jr., Plaintiff–Appellant,**

v.

**CITY OF CHARLESTON POLICE DEPARTMENT, Defendant–Appellee.**

**No. 01–1709.**

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Ned L. Parker, Jr., pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Ned L. Parker, Jr., appeals the district court's order dismissing without prejudice

his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Parker v. City of Charleston Police Dep't,* No. CA–00–965–2–12 (D.S.C. Apr. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*